UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Reval Financial NPL, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:13-cv-0048 |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| Ashoke Mukherji, | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Pending is Plaintiff's Motion for Default Judgment (Docket Entry No. 10) against Defendant pursuant to Federal Rule of Civil Procedure 55(b)(1). The motion is granted. Defendant has been served and has not filed a response within the time period required by law. Default was entered pursuant to Federal Rule of Civil Procedure 55(a) on March 15, 2013 (Docket Entry No. 7). The prerequisites for default judgment have been met.

Accordingly, Default Judgment is entered as to Defendant Ashoke Mukherji in the amount of $126,202.35,[1] with post-judgment interest at the statutory rate stated in 28 U.S.C. §1961.

Attorney fees and costs must be sought from the Court pursuant to Federal Rule of Civil Procedure 54(d) and taxable costs of the case may be sought pursuant to Local Rule 54.01(a).

Judgment rendered April 11, 2013.

*Vicki R. Kinkade*
KEITH THROCKMORTON
United States District Clerk
By: Vicki Kinkade, Chief Deputy

---

[1] The amount of $126,202.64 as set forth in the Motion for Default Judgment is not consistent with the amount reflected in the Affidavit (Docket Entry No. 10-1) filed in support of the Motion for Default Judgment. The amount of $126,202.35 reflected in this Default Judgment is consistent with the Affidavit.