IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REVAL FINANCIAL NPL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0048 |
| | ) | Judge Trauger |
| ASHOKE MUKHERJI, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The plaintiff's Motion For Attorney's Fees And Costs (Docket No. 22) is **GRANTED**. The Promissory Note in question provides for the payment of attorney's fees and costs, and the court finds the request reasonable and proper. It is therefore **ORDERED** that the plaintiff is **AWARDED** attorney's fees, expenses and costs in the total amount of $4,683.50, to be recovered from the defendant, Ashoke Mukherji.

It is so **ORDERED**.

ENTER this 26th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge