IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REVAL FINANCIAL NPL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:13-0048 |
| | ) | JUDGE TRAUGER/KNOWLES |
| ASHOKE MUKHERJI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court upon Plaintiff's "Motion to Compel." Docket No. 27. The Motion was filed June 27, 2013. *Id*. On June 28, 2013, Judge Trauger referred the Motion to the undersigned for disposition. Docket No. 29.

Defendant's Response to the instant Motion was due July 11, 2013. Defendant, however, has not filed a Response as of the date of entry of the instant Order. Local Rule 7.01(b) provides that a party's failure to file a timely Response to a Motion indicates that there is no opposition to the Motion.

For the foregoing reasons, the instant Motion to Compel (Docket No. 27) is GRANTED. Defendant shall respond to the discovery requests at issue within fourteen (14) days of the entry of the instant Order.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge