# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| REVAL FINANCIAL NPL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0048 |
| ) | Judge Trauger |
| ASHOKE MUKHERJI, ) | Magistrate Judge Knowles |
| ) | |
| Defendant. ) | |

## **O R D E R**

The Magistrate Judge has filed a Certification of Facts Regarding Possible Contempt (Docket No. 40) that is based on the failure of the defendant to fully answer some post-default judgment interrogatories. It is hereby **ORDERED** that, by September 30, 2013, the plaintiff shall edify this court as to the exact relief the plaintiff will be requesting, should this court hold the defendant in civil contempt. This non-compliance with a discovery order is ordinarily handled by the Magistrate Judge as a sanction matter, pursuant to Rule 37(b), FED. R. CIV. P., and 28 U.S.C. § 636(e)(4). Certainly the Magistrate Judge may award the plaintiff its attorney's fees and costs, order the defendant to appear in his courtroom for the taking of a post-judgment deposition, or order other creative relief in a situation of this sort.

It is so **ORDERED.**

ENTER this 23rd day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge