IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REVAL FINANCIAL NPL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 3:13-0048 |
| vs. | ) JUDGE TRAUGER/KNOWLES |
| | ) |
| ASHOKE MUKHERJI, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the Court's direction, Plaintiff has filed a "Request for Sanctions for Civil Contempt" against Defendant. Docket No. 60. Defendant shall file a Response within ten (10) days of the entry of the instant Order.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge