IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| REVAL FINANCIAL NPL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0048 |
| | ) | Judge Trauger |
| ASHOKE MUKHERJI, | ) | Magistrate Judge Knowles |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On April 4, 2014, the Magistrate Judge issued a "Certification of Facts Regarding Contempt/Report & Recommendation" (Docket No. 66), to which no objections have been filed. The Report and Recommendation is, therefore, **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant is found in civil contempt, and the court hereby imposes a fine in the amount of $50 per day[1] for a 30-day period or for a shorter time, if the defendant purges his contempt. The fine is to be paid into the Registry of this court.

The Clerk shall mail a copy of this Order to the *pro se* defendant at his present address, by certified mail, return receipt requested.

It is so **ORDERED.**

ENTER this 15th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge

---

[1] The court is aware that the Magistrate Judge accepted the request of the plaintiff that the fine be in the amount of $150 per day. However, the court considers $50 per day a more appropriate fine.